UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RENE ORELLANA IZAGUIRRE,<br><br>Plaintiff,<br><br>v.<br><br>PROSPER BUILDERS, INC., et al.,<br><br>Defendants. | Case No. 23-cv-00316-PCP<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 35 |

On August 1, 2024, the Court adopted as modified the Report and Recommendation, Dkt. No. 33, and granted in part the plaintiff's motion for default judgment, Dkt. No. 30. Dkt. No. 35. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of the plaintiff and against the defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 1, 2024

_____
P. CASEY PITTS
United States District Judge